**Order entered December 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01341-CV

**DONNA PULKRABEK, Appellant**

**V.**

**THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13476**

## ORDER

Appellant Donna Pulkrabek's December 8, 2015 motion to supplement her brief is

**GRANTED**, and the supplemental brief attached as Exhibit A to appellant's motion is

**ORDERED** filed as of this date.

/s/     MOLLY FRANCIS
         JUSTICE